Nos. 673, 674, and 675. WILÈN W. EASTERDAY, ETC. *v.* UNITED STATES. January 7, 1924. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Harry S. Barger* for petitioner. No brief filed for the United States.

No. 694. LOFTIS WILKES *v.* UNITED STATES. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles M. Bryan* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 696. PRIMOS CHEMICAL COMPANY *v.* GOLDSCHMIDT THERMIT COMPANY. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George W. Wickersham* and *Mr. Paul Synnestvedt* for petitioner. *Mr. Livingston Gifford* for respondent.

No. 700. KNIGHTS OF THE KU KLUX KLAN, INC. *v.* INTERNATIONAL MAGAZINE COMPANY. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert P. Massey* for petitioner. *Mr. William A. DeFord* for respondent.

No. 710. BROOKLYN HEIGHTS RAILROAD COMPANY *v.* GOLDE PLOXIN, ADMINISTRATRIX, ETC. January 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John L. Wells* for petitioner. *Mr. Thomas J. O'Niell* for respondent.